IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRIAN HENRY RITTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:24-CV-67-RAH-JTA |
| ) | |
| LEE COUNTY DETENTION CENTER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This case is before the Court on the Recommendations of the Magistrate Judge entered on February 14, 2024, and April 4, 2024. (Docs. 3, 5.) There being no timely objections filed to the Recommendations, and after an independent review of the file, the Recommendations are ADOPTED, and it is hereby

ORDERED as follows:

1. The Motion to Certify Class (Doc. 1) is DENIED;

2. This case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 26th day of April 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE